FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>ALI ABED YASER,<br>(a/k/a "Abu Hasanain"),<br>HUSSEIN A. YASIR<br>(a/k/a "Abu Fakhri"),<br>INSAF A. KARAWI,<br>HASANEIN A. YASER,<br>NOOR TAHSEEN AL-MAAREJ<br>(a/k/a "Noor T. Almarej"),<br>RANA J. KAABAWI,<br>AMAR F. ABDUL-SALAM,<br>AMEER R. MOHAMMED,<br>MOHAMMED F. AL-HIMRANI,<br>MARIA ELENA SANCHEZ,<br>SEIFEDDINE A AL-KINANI,<br>FIRAS S. HADI,<br>KHALIL ABDUL-RAZAQ,<br>JESUS GEORGE SANCHEZ,<br>SINAN AKRAWI, and<br>MOHAMMED NAJI AL-JIBORY,<br><br>               Defendants. | Case No.: 4:21-cr-06042-SMJ-(1), (2), (3), (4), (9), (11), (12), (13), (14), (15), (16), (18), (20), (21), (22), and (23)<br><br>**ORDER GRANTING MOTION TO CONTINUE AND DECLARE CASE COMPLEX**<br><br><br><br><br><br>**AMENDED[1] CASE MANAGEMENT ORDER** |

---

[1] This Order amends and supersedes in part the Court's Case Management Orders, ECF Nos. 110, 154.

AMENDED CASE MANAGEMENT ORDER – 1

1    Before the Court, without oral argument, is Defendant Khalil Abdul-Razaq's
2 Motion to Continue Pre-Trial and Trial Dates and Declare Case Complex, ECF No.
3 158. Defense counsel Zachary L. Ayers requests a continuance of the pretrial
4 motions filing deadline, the pretrial conference, and the trial, to allow more time to
5 examine discovery, prepare any related motions, and prepare for trial. Defense
6 counsel Ayers also requests that this case be certified as complex pursuant 18 USC
7 § 3461(h)(7)(B), noting that this case alleges a twenty-three person conspiracy
8 spanning three years. Assistant U.S. Attorney Dominique Park, appearing on behalf
9 of the Government, does not note whether the Government objects to the motion to
10 continue and certify. Still, in response to this Court's Order, ECF No. 185, the
11 Government has disclosed an extensive list of anticipated discovery, including over
12 fifteen terabytes of production in the form of video footage and imaged electronic
13 devices. ECF No. 228 at 2. In response to the Court's January 10, 2022 Text Order,
14 ECF No. 185, only Defendant Hussein A. Yasir (02) has filed an objection, arguing
15 that the continuance should be for a period of six months rather than an unspecified
16 one. ECF No. 215.
17    To ensure defense counsel is afforded adequate time to review discovery,
18 prepare any pretrial motions, conduct investigation, and prepare for trial, the Court
19 grants the motion, extends the pretrial motion deadline, and resets the currently
20 scheduled pretrial conference and trial dates. The Court finds that Defendant's

continuance request is knowing, intelligent, and voluntary, and that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. The delay resulting from Defendant's motion is therefore excluded under the Speedy Trial Act, and this case is certified as complex pursuant to 18 U.S.C. § 3161.

Counsel are advised that all successive continuance requests will be closely scrutinized for the necessity of more time to effectively prepare, taking into account the exercise of due diligence.

Having considered the parties' proposed case schedule and deadlines, the Court now enters the following Amended Case Management Order, which sets forth the deadlines, hearings, and requirements the parties will observe in this matter.  To the extent this Order conflicts with any previously entered Orders in this matter, this Order shall govern. All counsel are expected to carefully read and abide by this Order and such provisions of the current CMO which have not been superseded hereby. The Court will grant relief from the requirements in this Order only upon motion and good cause shown.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Khalil Abdul-Razaq's Motion to Continue Pre-Trial and Trial Dates and Declare Case Complex, **ECF No. 158**, is **GRANTED**.

AMENDED CASE MANAGEMENT ORDER – 3

**2.** The motions for joinder in ECF No. 158 and related motions to expedite, **ECF Nos. 193, 204, 209, 216–17, 220**, are **GRANTED**.

**3.** The Court finds, given defense counsel's need for time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, that failing to grant a continuance would result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i)–(ii). The Court, therefore, finds the ends of justice served by granting a continuance in this matter outweigh the best interest of the public and Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

**4.** The Court designates Mr. Adam Pechtel, defense counsel for Hussein A. Yasir (02) as the point person to represent the positions of all Defendants for all discovery matters in this case. Defense counsel should not make any motion or representation to the Court regarding discovery without first conferring with Mr. Pechtel or receiving an order from the Court, unless of course the matter concerns ex parte, restricted, or sealed matters that should not be disclosed to Mr. Pechtel.

**5.** **Original CMO.** <u>Counsel **for all Defendants** must review the provisions of the original CMOs, ECF Nos. 110, 154, and abide by</u>

AMENDED CASE MANAGEMENT ORDER – 4

<u>those procedures which remain in full force and effect and are incorporated herein except for the new compliance deadlines in the following Summary of Amended Deadlines</u>.

6. **Pretrial Conference**

   *A.* The current pretrial conference date of January 20, 2022, is **STRICKEN** and **RESET** to **July 21, 2022** at **9:00 A.M.** in **RICHLAND**. At this hearing, the Court will hear **ALL** pretrial motions that are noted for oral argument.

   *B.* All Pretrial Conferences are scheduled to last no more than **thirty (30) minutes**, with each side allotted **fifteen (15) minutes** to present their own motions and resist motions by opposing counsel. If any party anticipates requiring longer than fifteen minutes, that party must notify the Courtroom Deputy at least seven (7) days prior to the hearing. **<u>Any party who fails to provide this notice will be limited to fifteen (15) minutes.</u>**

   *C.* If a case has more than one defendant, the Court will construe any motion, including motions to continue, as applying to *all* defendants, unless that defendant indicates they do not wish to be joined in the motion. **Defendants thus do not need to file motions to join**.

AMENDED CASE MANAGEMENT ORDER – 5

      **D.**    *Sealed Documents.* Any and all sealed documents (e.g., medical records) shall be filed by the parties under the sealed event as a sealed document. The parties are not required to file a separate motion to seal the documents. The parties shall file any objections to the sealed document(s) by **no later than five days** after the filing of the sealed document(s).

If a motion is to be heard with oral argument, and a party plans to call witnesses or present exhibits, that party must file an exhibit and/or witness list by no later than **seventy-two hours** before the hearing on the motion.

Absent extraordinary circumstances, such as the discovery or receipt of new evidence, amended exhibit or witness lists are disfavored. Any party filing such a list must do so as soon as practicable and notify the Courtroom Deputy. The day before the hearing, the Courtroom Deputy will send to the parties the final exhibit and witness lists. If a party receives and intends to use an exhibit after the final list has been sent out, the party shall notify the Courtroom Deputy as soon as practicable.

- **Numbering:** the parties shall follow the numbering system outlined for trial exhibits. The Government shall consecutively number their exhibits from **1 to 999.** In single-defendant cases, Defendant shall consecutively number exhibits from **1000 to 1999**; in multi-defendant cases, Defendants shall

AMENDED CASE MANAGEMENT ORDER – 6

consecutively number exhibits from x000 to x999, substituting "x" for each Defendant's assigned case identifier (e.g., Defendant 3 would number exhibits from 3000 to 3999). Exhibits shall be pre-marked for identification before the hearing commences. Any deviations from these policies should be discussed with the Courtroom Deputy.

- **Identifying Exhibits:** For each listed exhibit, the party shall include a brief description of the exhibit. If the exhibit has been previously submitted to the Court as an attachment, the party shall also identify the **ECF number**.

- **Courtesy Copy Policy:** Courtesy copies of exhibits (e.g., courtesy binders) are **NOT** required. However, if a party wishes to provide the Court with courtesy copies, the party shall provide **two** copies.

E.  If a party intends to use a laptop, thumb drive, or DVD or CD for presentation of documents, or audio or video recordings, that party must contact the Courtroom Deputy at least **two weeks** prior to the hearing and confirm the compatibility of the technology and equipment.

F.  If a party intends to use a demonstrative exhibit, such as a PowerPoint presentation, it must be submitted to the Court and all opposing parties at least **twenty-four hours** prior to its intended use.

AMENDED CASE MANAGEMENT ORDER – 7

7. **Trial**. The current trial date of February 22, 2022, is **STRICKEN** and **RESET** to **August 22, 2022**, at **9:00 A.M.** in **RICHLAND**. The <u>**final**</u> pretrial conference will begin at **8:30 A.M.**

8. Pursuant to 18 U.S.C. § 3161(h)(7)(B)(i)–(ii), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **December 29, 2021**, the date defense counsel moved to continue, through **August 22, 2022**, the new trial date, as the period of delay granted for adequate preparation by counsel.

9. **By no later than January 28, 2022**, each Defendant shall file either an objection to this continuance or else a Statement of Reasons using the above dates. Counsel are reminded that, due to the public health advisories and other restrictions imposed in response to the COVID-19 pandemic, the Court permits counsel to submit Defendant's Statement of Reasons with counsel's certification that Defendant has reviewed the document and consents to counsel signing the statement of reasons on their behalf.

10. **Summary of Deadlines**

| | |
|---|---|
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | **June 16, 2022** |
| **PRETRIAL CONFERENCE**<br>*Deadline for motions to continue trial* | **July 21, 2022**<br>**9:00 A.M. - RICHLAND** |

AMENDED CASE MANAGEMENT ORDER – 8

| | | |
|---|---|---|
| 1 | CIs' identities and willingness to be interviewed disclosed to Defendant/s (if applicable) | **August 8, 2022** |
| 2 | Grand jury transcripts produced to Defendant/s<br>　　　Case Agent:<br>　　　CIs:<br>　　　Other Witnesses: | <br>**August 8, 2022**<br>**August 8, 2022**<br>**August 8, 2022** |
| | Exhibit lists filed and emailed to the Court | **August 12, 2022** |
| | Witness lists filed and emailed to the Court | **August 12, 2022** |
| | Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **August 10, 2022** |
| | Exhibit binders delivered to all parties and to the Court | **August 12, 2022** |
| | Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **August 16, 2022** |
| | Trial notices filed with the Court | **August 12, 2022** |
| | Technology readiness meeting (in-person) | **August 16, 2022** |
| | **FINAL PRETRIAL CONFERENCE** | **August 22, 2022**<br>**8:30 A.M. - RICHLAND** |
| | **JURY TRIAL** | **August 22, 2022**<br>**9:00 a.m. - RICHLAND** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 18th day of January 2022.

*[signature]*
_____
SALVADOR MENDOZA, JR.
United States District Judge

AMENDED CASE MANAGEMENT ORDER – 9