FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   4:21-CR-06042-MKD-2 |
| Plaintiff, | |
| v. | **ORDER ACCEPTING PLEA AGREEMENT** |
| HUSSEIN A. YASIR (2), | |
| Defendant. | |

On Thursday, May 16, 2024, the Court conducted a sentencing hearing in the above-captioned matter.  Assistant U.S. Attorney Brandon Pang appeared on behalf of the United States.  Defendant was present, represented by Mike Lynch.  The Court previously found Defendant's plea of guilty to Counts 3, 4, 6, 7, 9, 17, 20, 38, 51, 53, 126, and 127 of the Indictment to be knowing, intelligent, and voluntary and not induced by fear, coercion, or ignorance, ECF No. 782.  After reviewing the presentence investigation report and hearing from counsel, the Court **ACCEPTS** the parties' Rule 11(c)(1)(C) plea agreement and sentences Defendant consistent with the agreement.

///

///

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED May 16, 2024.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2