S. Peter Serrano
United States Attorney
Eastern District of Washington
Brandon L. Pang
Assistant United States Attorney
825 Jadwin Ave., Suite G-60
Richland, WA 99352
Telephone: (509) 713-8450

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

              Plaintiff,

          v.

AHMAD K BACHAY,

              Defendant.

Case No.: 4:21-CR-6042-MKD-5

Motion for Detention

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

A.    <u>18 U.S.C. § 3142(e) and (f)</u>

    1.    <u>Eligibility of Case</u>

This case is eligible for a detention order because the case involves (check one or more):

☐    Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

☐    A violation of 18 U.S.C. § 1591;

Motion for Detention - 1

☐     An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with maximum penalty of 10 years or more;

☐     Maximum penalty of life imprisonment or death;

☐     Drug offense with maximum penalty of 10 years or more;

☐     Felony, with two prior convictions in above categories;

☐     Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☐ Minor Victim     ☐ Firearm     ☐ Destructive Device

☐ Dangerous Weapon     ☐ Failure to Register

☒     Serious risk Defendant will flee (as specified below); or

☐     Serious risk obstruction of justice (as specified below).

2.     <u>Reason for Detention</u>

The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒     Defendant's appearance as required; or

☒     Safety of any other person and the community.

3.     <u>Rebuttable Presumption</u>.

The United States

☒     will

Motion for Detention - 2

☐    will not

invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

If the United States is invoking the presumption, it applies because there is

probable cause to believe Defendant committed:

☐    Drug offense with maximum penalty of 10 years or more;

☐    An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐    An offense under 18 U.S.C. § 2332b(g)(5)(B) for which a maximum

term of imprisonment of 10 years or more is prescribed;

☐    An offense under chapter 77 of Title 18, United States Code, for

which a maximum term of imprisonment of 20 years or more is prescribed;

☐    An  offense involving  a minor victim under 18 U.S.C. §§ 1201, 1591,

2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3),

2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or

2425;

☒    Other circumstances as defined in 18 U.S.C. § 3142(e)(2).

4.    <u>Time for Detention Hearing</u>

The United States requests that the Court conduct the detention hearing:

☐    At the first appearance, or

☒    After a continuance of three days.

///

///

Motion for Detention - 3

B.    No Contact Order

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution.  Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties.

Dated:  September 23, 2025.

S. Peter Serrano
United States Attorney

*s/ Brandon L. Pang*
Brandon L. Pang
Assistant United States Attorney

Motion for Detention - 4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.


_s/ Brandon L. Pang_
Brandon L. Pang
Assistant United States Attorney

Motion for Detention - 5